Tony TRUESDALE, Plaintiff–
Appellant,

v.

Boyd BENNETT; Ernest Sutton; C.E.
Battle; Mr. Repass; Theodis Beck,
Defendants–Appellees.

No. 03–6646.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 26, 2003.

Tony Truesdale, Appellant Pro Se. Elizabeth F. Parsons, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Tony Truesdale appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Truesdale v. Bennett,* No. CA–02–461–BO (E.D.N.C. filed Feb. 12, 2003; entered Feb. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*